# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| Georgina Gomes, individually and on behalf of themselves and all other similarly situated persons, known and unknown, ) ) ) | Judge Cummings |
| Plaintiffs. ) ) | |
| v. ) ) | 1:24-cv-12019 |
| Mielle Organics LLC and The Procter & Gamble Company, ) ) ) | |
| Defendants. ) | |

**Plaintiff's Motion to Strike portions of the Class Action Complaint**

**Now comes** Plaintiff Georgina Gomes ("Plaintiff") individually and on behalf of themselves and all other similarly situated persons, known and unknown, by her attorneys, and in moving to strike certain portions of her Complaint filed against Defendants Mielle Organics LLC ("Mielle") and The Procter & Gamble Company ("P&G") (collectively, "Defendants") under Fed. R. Civ. P 12(f), states as follows:

1. On November 21, 2024, Plaintiff filed her Class Action Complaint against Defendants.
2. While Defendants are served, their time to appear and answer has not expired.
3. After reviewing the Complaint, Plaintiff's counsel found a reference to benzene in paragraph 46 of the Complaint. Dckt. 1, par. 46. This was inadvertent and done by mistake. Plaintiff is not taking the position that the product at issue contains benzene at this time.
4. Plaintiff wishes to strike the reference to benzene from her Complaint.
5. Fed. R. Civ. P. 12(f) provides: Motion to Strike. The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter. The court may act: (1) on its own; or (2) on motion made by a party either

before responding to the pleading or, if a response is not allowed, within 21 days after being served with the pleading.

6. Plaintiff makes this motion prior to Defendants responding to the Complaint. She seeks that the reference to benzene in paragraph 46 be stricken. It was an error and should not included in the Complaint at this time. In doing so, Plaintiff seeks to clarify the issues of the case and the theories she is pursuing.

**WHEREFORE**, Plaintiff respectfully requests, individually and on behalf of the alleged Classes, that the Court enter an order striking the Complaint's reference to benzene in paragraph 46, and for all other relief deemed just.

s/ James M. Dore

**James M. Dore/ Dore Law Offices LLC (ARDC# 6296265)**
**Daniel I. Schlade (ARDC No. 6273008)**
*Attorneys for Plaintiffs*
6232 N. Pulaski Avenue, #300
Chicago, IL. 60646
P: 773-415-4898
E: james@dorelawoffices.com; danschlade@gmail.com