**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

| | | |
|---|---|---|
| Georgina Gomes, individually and on behalf of themselves and all other similarly situated persons, known and unknown, | ) ) ) | Judge Cummings |
| Plaintiffs. | ) ) | |
| v. | ) ) | 1:24-cv-12019 |
| Mielle Organics LLC and The Procter & Gamble Company, | ) ) ) | |
| Defendants. | ) | |

**Notice of Voluntary Dismissal without Prejudice**

**Now comes** Plaintiff Georgina Gomes, individually and on behalf of themselves and all other similarly situated persons, known and unknown and hereby dismisses this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

/s/ James M. Dore

**James M. Dore/ Dore Law Offices LLC (ARDC# 6296265)
Daniel I. Schlade (ARDC No. 6273008)**
*Attorneys for Plaintiffs*
6232 N. Pulaski Avenue, #300
Chicago, IL. 60646
P: 773-415-4898
E: james@dorelawoffices.com; danschlade@gmail.com